1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ANGELA POLLARD, an individual; KIM DANG, an individual; and POLLARD DANG, INC., a California corporation<br><br>        Plaintiffs,<br><br>v.<br><br>MEDI-WEIGHTLOSS FRANCHISING USA, LLC, a Florida limited liability company<br><br>        Defendant. | **Case No.:  CV-12-4027 EJD**<br><br>**FINAL ORDER GRANTING DISMISSAL WITH PREJUDICE BY CONSENT** |

1

FINAL ORDER GRANTING DISMISSAL WITH PREJUDICE BY CONSENT

1

2      **THIS CAUSE** came before the Court on the Plaintiffs' Motion for Dismissal with

3   Prejudice by Consent, filed on November 16, 2012.  The Court, having reviewed the Motion and

4   otherwise being advised on the premises, finds and orders as follows:

5      The Court finds that:

6      1.     On July 31, 2012, Plaintiffs (who are also known as Dang Pollard, Inc., a

7   California corporation) filed a Complaint And Demand For Declaratory Relief and Damages

8   against the Defendant.  In the Complaint And Demand For Declaratory Relief and Damages,

9   Plaintiffs brought claims against Defendant for violation of the California Franchise Investment

10  Law (Count I), Fraud and Deceit (Count II), Negligent Misrepresentation (Count III), Violation of

11  the California Unfair Competition Law (Count IV) and Declaratory Relief (Count V).

12

13     2.     The Plaintiffs have agreed to the terms of a Settlement Agreement dated

14  November 6, 2012 pursuant to which they have agreed to file a Motion for Entry of Dismissal

15  with Prejudice and the entry of a Final Order granting Dismissal with Prejudice

16

17     3.     As set forth in the Plaintiffs' Motion For Entry Of Dismissal with Prejudice, the

18  Plaintiffs have agreed to the entry of this Final Order Granting Dismissal with Prejudice.

19

20     **IT IS HEREBY ORDERED AND ADJUDGED**:

21     1.     The aforementioned litigation is dismissed with prejudice.

22     **DONE AND ORDERED** in Chambers in San Jose, California on _November 19_____,

23  2012.   The Clerk shall close this file.

24

25  _____

26  The Honorable Edward J. Davila
    U.S. District Court for the Northern District of

27  California, San Jose Division

28

FINAL ORDER GRANTING DISMISSAL WITH PREJUDICE BY CONSENT